UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOYCE MARTIN,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | )<br>)<br>)<br>)<br>)    **No. 3:09-CV-256**<br>)    **(Phillips/Guyton)**<br>)<br>)<br>)<br>) |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporaneously

with this order, the report and recommendation of the magistrate judge [Doc. 18] is

**ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

**IT IS ORDERED,** for the reasons stated in the report and recommendation,

which the court adopts and incorporates into its ruling, that the Commissioner's motion for

summary judgment [Doc. 16] is **DENIED;** the plaintiff's motion for summary judgment [Doc.

9] is **GRANTED in part;** whereby this case is **REMANDED** to the Commissioner for further

proceedings.

**IT IS SO ORDERED.**

ENTER:

_____s/ Thomas W. Phillips_____
United States District Judge